UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NELSON MOLINA, an individual,

    Plaintiff,

    v.

CITY OF SAN RAFAEL, a municipal corporation; et al.,

    Defendants.
_____/

No. C 06-4742 PJH

**ORDER GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

Before the court is plaintiff's motion to extend time to serve the summons and complaint upon unnamed officer defendants. Defendants, all but the unnamed officer defendants in question, have filed a statement of non-opposition in response to plaintiff's motion.

In view of defendants' non-opposition, and good cause having been shown, the court hereby GRANTS plaintiff's motion to extend time to serve the summons and complaint upon unnamed defendants. Plaintiff now has until **February 28, 2007**, to serve the unnamed officer defendants with the summons and complaint.

This order fully adjudicates docket entry no. 18.

**IT IS SO ORDERED.**

Dated: January 4, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge