LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION
THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: rosman@bfesf.com

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
DANA L. SOONG
RICHARD W. OSMAN
MICHAEL C. WENZEL
HELEN K. KIM
CHRISTINE LEE

TELECOPIER: (415) 353-0990

OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND

April 13, 2007

Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**IT IS SO ORDERED**
*Judge James Larson*

RE: *Molina v. City of San Rafael*
U.S. District Court Case No. C 06-4742 PJH
Our File No.: GHP-4443

Your Honor:

This letter is to confirm that yesterday, after speaking with Venice of your department, the parties both agreed to a continuance of the settlement conference in this matter from April 17, 2007 to June 1, 2007 at 10:00 a.m.

We greatly appreciate this accommodation. Thank you.

Very truly yours,

BERTRAND, FOX & ELLIOT

By: _____
Richard W. Osman

RWO: kaa
Copy: Charlotte Makoff, Esq.