THOMAS F. BERTRAND, State Bar No. 056560
RICHARD W. OSMAN, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants CITY OF SAN RAFAEL
CHRISTOPHER COALE and DAVID CASALNUOVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON MOLINA, an individual, | Case No.: C-06-4742 PJH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| CITY OF SAN RAFAEL, a municipal corporation, CHRISTOPHER COALE, individually and in his official capacity as a police offer, TWO UNNAMED OFFERS OF THE SAN RAFAEL POLICE DEPARTMENT, in their individual and official capacities, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed, with prejudice, in its entirety as to all defendants, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

Dated: January 16, 2008         MAKOFFS, LLP

By: *Charlotte Makoff* (signature)
Charlotte Makoff
Attorney for Plaintiff NELSON MOLINA

///
///

Dated: January 30, 2008

BERTRAND, FOX & ELLIOT

By: _____
Thomas F. Bertrand
Richard W. Osman
Attorneys for Defendants CITY OF SAN RAFAEL,
CHRISTOPHER COALE and DAVID CASALNUOVO

IT IS SO ORDERED:

Dated: 2/1/08  _____
Honorable Phyllis J. Hamilton
U.S. District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*